IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES FLEISCHMAN,
          Plaintiff,

vs.                                            5:05cv241/SPM/MD

SOCIAL SECURITY
          Defendant.

---

**ORDER and**
**REPORT AND RECOMMENDATION**

      This case is before the court upon plaintiff's "petition for retroactive back pay of social security income" and "affidavit of indigency."  To the extent that the latter document is intended as a motion for leave to proceed *in forma pauperis*, it is incomplete, and will therefore be denied for purposes of this recommendation.

      Both of the pleadings filed by the plaintiff indicate that they were intended to be filed in the Circuit Court of the 14th Judicial Circuit in and for Washington County, Florida.  The reason that they were subsequently addressed to this court is unclear.  In any event, the court does not appear to have jurisdiction to consider the petition.  Plaintiff appears to seek retroactive pay of social security income that he would have received had he not been incarcerated.  He indicates that the defendant has failed to respond to letters he has written to the Social Security Administration about this matter.  With respect to matters involving the Social Security Administration, this court essentially serves in the role of appellate tribunal, with jurisdiction to review the Commissioner's **final decisions**.  See 42 U.S.C. § 405(g).  From the plaintiff's petition, it does not appear that he has had any administrative review of the subject matter of his complaint, much less a final review that

would be subject to the judicial scrutiny of this court. No other basis for jurisdiction is apparent from the complaint/petition.

Accordingly, it is ORDERED:

Plaintiff's affidavit of indigency, construed as a motion for leave to proceed *in forma pauperis* (doc. 2) is DENIED.

And it is respectfully RECOMMENDED:

That this case be dismissed for lack of jurisdiction.

At Pensacola, Florida, this 6th day of December, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof. A copy of objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; Local Rule 27(B); *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).