IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES FLEISCHMAN,

    Plaintiff,

vs.                               5:05-CV-241-SPM

SOCIAL SECURITY,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 4) filed December 6, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Upon his request, Plaintiff was granted additional time in which to file objections (doc. 20), but to date has not filed any.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 4) is

adopted and incorporated by reference in this order.

2. This case is *dismissed* for lack of jurisdiction.

**DONE AND ORDERED** this eleventh day of January, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao